HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710
Linda_Allison@fd.org
HANNAH SAMAHA
Certified Student
Hannah_Samaha@fd.org

Attorneys for Defendant
CHITO M. ALFONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHITO M. ALFONSO<br><br>Defendant | Case No. 2:19-PO-00066-CKD<br><br>STIPULATION AND ORDER TO VACATE BENCH TRIAL AND ORDER TRAFFIC SCHOOL<br><br>Date: August 5, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Carolyn Delaney |

The parties, plaintiff United States of America and defendant Chito Alfonso, through their respective undersigned counsel, hereby stipulate and request the Court to vacate the bench trial scheduled for August 5, 2019 and to order traffic school for Mr. Chito Alfonso.

DATED: July 19, 2019                    Respectfully submitted,

                                        HEATHER WILLIAMS
                                        Federal Defender

                                        */s/Linda Allison*
                                        LINDA ALLISON
                                        Assistant Federal Defender

-1-

```
                                    /s/Hannah Samaha
                                    HANNAH SAMAHA
                                    Certified Student
                                    Attorneys for Defendant
                                    CHITO M. ALFONSO.


Dated:  July 19, 2019               MCGREGOR SCOTT
                                    United States Attorney

                                    /s/ Stephen S. Cody
                                    STEPHEN CODY
                                    Special Assistant U.S. Attorney
```

## O R D E R

**IT IS SO ORDERED**

Dated:  July 22, 2019

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE